# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3493
LT Case No. 2012-CF-032675-A

_____

JOHN PHILLIP BRYANT,

   Petitioner,

   v.

STATE OF FLORIDA,

   Respondent.

_____


Petition for Belated Appeal.
A Case of Original Jurisdiction.

John Phillip Bryant, Wewahitchka, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.

January 30, 2026

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the August 4, 2025 order denying defendant's motion for postconviction relief rendered in Case No. 2012-CF-032675-A, in the Circuit Court in and for Brevard County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

MAKAR, HARRIS, and BOATWRIGHT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____